IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Schaffer, William

Printed: 11/13/07

Case Number:  04 B 09659
Judge:  Wedoff, Eugene R

Filed:  3/11/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 27, 2007
Confirmed: May 27, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 62,242.00 |  |
| Secured: |  | 56,857.18 |
| Unsecured: |  | 525.11 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,694.00 |
| Trustee Fee: |  | 3,165.71 |
| Other Funds: |  | 0.00 |
| Totals: | 62,242.00 | 62,242.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 1,694.00 | 1,694.00 |
| 2. | Bank Of Oklahoma | Secured | 0.00 | 0.00 |
| 3. | GE Capital Commerical Services | Secured | 36,632.34 | 34,149.03 |
| 4. | Harley Davidson Credit | Secured | 11,966.98 | 11,255.48 |
| 5. | Bank Of Oklahoma | Secured | 12,016.33 | 11,452.67 |
| 6. | Bank Of Oklahoma | Unsecured | 500.00 | 166.70 |
| 7. | Bank Of Oklahoma | Unsecured | 395.00 | 358.41 |
| 8. | Harley Davidson Credit | Unsecured | 29.57 | 0.00 |
| 9. | People's Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 63,234.22 | $ 59,076.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 383.28 |
| 6.5% | 814.09 |
| 3% | 95.82 |
| 5.5% | 791.03 |
| 5% | 239.06 |
| 4.8% | 145.66 |
| 5.4% | 696.77 |
|  | $ 3,165.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Schaffer, William | Case Number:  04 B 09659 |
| | Judge:  Wedoff, Eugene R |
| Printed:  11/13/07 | Filed:  3/11/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_